DAVID M. REAVES  
Bankruptcy Trustee  
P.O. BOX 44320  
PHOENIX, AZ 85064  
(602) 241-0101

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE DISTRICT OF ARIZONA

| In re: | ) | Chapter 7 |
|---|---|---|
| Welter Jr., Thomas J. | ) | Case No. 2:11-bk-09346-RJH |
| Welter, Martha Jo, | ) | |
| | ) | TRUSTEE'S REQUEST FOR |
| Debtor(s) | ) | PAYMENT OF ADDITIONAL |
| | ) | DIVIDENDS TO CREDITORS |

Payment of a dividend to creditors having been previously approved in the above-captioned case; the Trustee, <u>DAVID M. REAVES</u>, having issued checks pursuant to said order; and the dividend check in the amount of $424.00 paid on claim 6 having been returned to the Trustee by claimant and claimant having notified the Trustee in writing that its claim has been satisfied and, therefore, and additional dividend should be paid in accordance with the following:

| No. of Claim | Check No. | Creditor | Amount of Claim Allowed | Amount of Add'l Dividend |
|---|---|---|---|---|
| 000001 | | M&I BANK | $8,840.26 | $40.35 |
| 000002 | | FIA CARD SERVICES, NA AS SUCCESSOR | $14,021.39 | $63.99 |
| 000003 | | CAPITAL ONE, N.A | $988.97 | $4.52 |
| 000004 | | PORTFOLIO RECOVERY ASSOCIATES | $28,989.87 | $132.30 |
| 000005 | | PORTFOLIO RECOVERY ASSOCIATES | $3,349.10 | $15.28 |
| 000007 | | CANDICA L.L.C. | $20,157.23 | $91.99 |
| 000008 | | BOEING EMPLOYEES C U | $2,663.31 | $12.15 |
| 000010 | | BOEING EMPLOYEES C U | $9,592.55 | $43.78 |
| 000012 | | ECAST SETTLEMENT CORPORATION, ASSIG | $512.66 | $2.34 |
| 000014 | | PORTFOLIO RECOVERY ASSOCIATES, LLC | $988.33 | $4.51 |
| 000019 | | CAPITAL ONE, N.A. | $2,803.91 | $12.79 |

August 12, 2013  
DATE

David M. Reaves, Trustee

I have reviewed the Trustee's request and authorize the payment of additional dividends as reported above.

___8/09/13___
DATE

ILENE J. LASHINSKY
United States Trustee
District of Arizona